VALENTINO CICCONE *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT ET AL.
(10035)

O'CONNELL, LAVERY and HEIMAN, Js.

Argued November 6—decision released November 26, 1991

*Anthony M. Modugno,* with whom, on the brief, was *Dominick Modugno,* for the appellant (plaintiff).

*Thomas P. Clifford III,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Charles A. Overend,* assistant attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.